# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RASHAAD PITTMAN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2026 CW 0431

**JUNE 1, 2026**

---

In Re:    Rashaad Pittman, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          740576.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT GRANTED WITH ORDER.**   This matter was remanded to the
district court by this court with instructions to consider the
merits of plaintiff's claims. **Pittman v. Louisiana Dep't of Pub.
Safety & Corr.**, 2025-0565 (La. App. 1st Cir. 12/17/25), -So.3d-,
2025 WL 3652075.  The district court is ordered to proceed toward
disposition of this matter on or before August 31, 2026 if it has
not already done so.

                        MRT
                        KEB
                        BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.